JS 44 (Rev. 07/16)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
MCS Industries, Inc., 2280 Newlin Mills Road, Easton,
Pennsylvania 18045

**(b)** County of Residence of First Listed Plaintiff   Northampton County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Zachary C. Glaser, Esquire, Kleinbard LLC, One Liberty Place,
1650 Market St., 46th Floor, Philadelphia, Pennsylvania 19103

### DEFENDANTS
Studio500 Inc., 125 Fifth Avenue, Paterson, New Jersey 07524
Battuta Inc., 125 Fifth Avenue, Paterson, New Jersey 07524

County of Residence of First Listed Defendant   Passaic County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
Plaintiff
- ☐ 2   U.S. Government
Defendant
- ☒ 3   Federal Question
*(U.S. Government Not a Party)*
- ☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|                                        | PTF | DEF |                                                          | PTF | DEF |
|----------------------------------------|-----|-----|----------------------------------------------------------|-----|-----|
| Citizen of This State                  | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State               | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation                                           | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**       **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane         ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product          Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability         ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &          Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander            Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'          Product Liability | | ☒ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability         ☐ 368 Asbestos Personal | | ☒ 840 Trademark | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine            Injury Product | | | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product          Liability | | **SOCIAL SECURITY** | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability      **PERSONAL PROPERTY** | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 864 SSID Title XVI | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal          Property Damage | Relations | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury         ☐ 385 Property Damage | ☐ 740 Railway Labor Act | | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -          Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | Leave Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**     **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting         ☐ 463 Alien Detainee | Income Security Act | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment     ☐ 510 Motions to Vacate | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/              Sentence | | | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment       **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other          ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education     ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original
Proceeding
- ☐ 2   Removed from
State Court
- ☐ 3   Remanded from
Appellate Court
- ☐ 4   Reinstated or
Reopened
- ☐ 5   Transferred from
Another District
*(specify)*
- ☐ 6   Multidistrict
Litigation -
Transfer
- ☐ 8   Multidistrict
Litigation -
Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §§ 1114(a), 1125(a), 1125(c)
Brief description of cause:
Infringement conduct occurring via internet commerce.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
Over $75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                       DOCKET NUMBER

JAN 25 2017

DATE
1-25-17

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: MCS Industries, Inc., 2280 Newlin Mills Road, Easton, Pennsylvania 18045

Address of Defendant: Studio500 Inc., 125 Fifth Avenue, Paterson, New Jersey 07524; and, Battuta Inc., 125 Fifth Avenue, Paterson, New Jersey 07524

Place of Accident, Incident or Transaction: Infringement conduct occurring via internet connection.
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Lanham Act

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*
I, _____Zachary C. Glaser_____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☒ Relief other than monetary damages is sought.

DATE: 1/25/17                         Attorney-at-Law                    85979
                                                                    Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 1/25/17                         Attorney-at-Law                    85979
                                                                    Attorney I.D.#

CIV. 609 (5/2012)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| MCS INDUSTRIES, INC., | : | CIVIL ACTION |
| v. Plaintiff, | : | JURY TRIAL DEMANDED |
| BATTUTA INC. and STUDIO500, INC., | : | NO. |
| Defendants. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)  (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )

| | | |
|---|---|---|
| 1/25/17 | | MCS Industries, Inc. |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-568-2000 | 215-568-0140 | zglaser@kleinbard.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MCS INDUSTRIES, INC., | ) |
| | ) |
| | )     CIVIL ACTION NO. |
| Plaintiff, | ) |
| | )     **JURY TRIAL** |
| v. | )     **DEMANDED** |
| | ) |
| BATTUTA INC. and STUDIO500 INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff MCS Industries, Inc. ("MCS") alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters:

### NATURE OF THIS ACTION

This is a civil action for trademark infringement, unfair competition, and dilution under federal, state, and/or common law. Defendants Battuta Inc. and Studio500 Inc. ("Defendants") has been offering for sale, selling, and promoting frames under the brand name FORMAT, copying MCS's federally registered and incontestable FORMAT trademark for identical products. MCS seeks equitable and monetary relief from Defendants' violation of MCS' valuable intellectual property rights.

### PARTIES

1.      Plaintiff MCS Industries, Inc. is a Pennsylvania corporation with a principal place of business at 2280 Newlin Mills Road, Easton, Pennsylvania 18045.

2.      Defendant Studio500 Inc. is a New Jersey corporation with a principal place of business at 125 Fifth Avenue, Paterson, New Jersey, 07524.

3.     Defendant Battuta Inc. is a New Jersey corporation with a principal place of business at 125 Fifth Avenue, Paterson, New Jersey, 07524.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121; 35 U.S.C. §§ 271, 281, and 289; and 28 U.S.C. §§ 1331, 1338(a) and (b). Because MCS is a citizen of the Commonwealth of Pennsylvania, Defendants are citizens of New Jersey, and the matter in controversy exceeds $75,000 exclusive of interest and costs, the Court also has jurisdiction under 28 U.S.C. § 1332.

5.     This Court has specific personal jurisdiction over Defendants because they have purposefully availed themselves of the privilege of conducting business in Pennsylvania. Defendants offer, market, promote, and sell their infringing products that are the subject of this lawsuit through *Amazon.com* and other means to consumers located in Pennsylvania.

6.     Venue lies in this District pursuant to 28 U.S.C. § 1391(b) and (c) because a substantial part of the events giving rise to MCS's claims have occurred and are continuing to occur in this District and MCS's trademark at issue is located in this District, where MCS maintains its principal place of business.

## MCS AND ITS BEST-SELLING AND WELL-KNOWN FORMAT FRAMES

7.     MCS was founded in 1980 in Easton, Pennsylvania and is the United States market leader for home décor consumer products.  These products include picture frames, poster frames, photo albums, scrapbooks, clocks, wall décor, art and both frameless and framed mirrors. MCS supplies the country's largest retail chains in the mass market, hobby craft, home centers, specialty channels and on-line businesses.

2

8.      MCS undertakes substantial expense in developing innovative products and protecting these innovations with intellectual property. MCS's FORMAT product line is its signature product.

9.      MCS first sold its FORMAT picture frames in 1993 and has sold them continuously ever since.  MCS sells nearly eight million FORMAT frames annually.

10.      Since 1993, MCS has invested substantially in capital, equipment, tooling, development costs and other expenses to build its signature FORMAT product line.  MCS's FORMAT product line is sold in nearly every trade channel, including mass market, hobby craft, specialty channels and on-line retailers, including the following:

> Mass Market: Walmart, Target, Meijer's
>
> Hobby Craft: JoAnn's, Michaels, Hobby Lobby
>
> Home Centers: Home Depot, Lowes
>
> Specialty Channels: Bed, Bath & Beyond, TJMaxx, HomeGoods, Family Dollar, Big Lots, Kirkland's
>
> On Line: Amazon, Zulily, Wayfair and other retailers

11.      As a result of significant commercial success, widespread advertising, and long-standing and extensive publicity, MCS's FORMAT product line has been well-known for years.

12.      MCS owns an incontestable federal registration for its FORMAT mark, Registration No. 23814896, for picture frames.  That registration was filed on May 16, 2003, issued on February 17, 2004, and was granted incontestable status on February 21, 2014. A copy of the registration certificate for MCS's FORMAT trademark is attached to this Complaint as Exhibit 1.

## DEFENDANTS' WRONGFUL ACTIVITIES

13.     Without MCS's authorization or approval, Defendants have been offering, promoting, and selling picture frames under the trademark FORMAT FRAME.

14.     Defendants have advertised, promoted and sold their infringing FORMAT FRAME picture frames on the following Internet websites, printouts of which are attached to this Complaint as Exhibit 2:  Studio500inc.com, Amazon.com, Everafterguide.com, bestfinds.org, pictureframeunlimited.com, YouTube, Pinterest, Facebook, Bizrate.com, Etsy.com, Twitter, and Google +.

15.     Defendants use the mark FORMAT FRAMES in advertising and promotion for their frames and on the face sheet of the frames themselves as shown below:



## INJURY TO MCS ND THE PUBLIC

16.    Defendants' unauthorized uses of MCS's FORMAT trademark is likely to cause confusion, mistake, and deception as to the source or origin of Defendants' products, and is likely to falsely suggest a sponsorship, connection, or association between Defendants, their products, and/or commercial activities with MCS.

17.    Defendants' acts, as described above, have damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure MCS and its FORMAT trademark.

18.    Defendants have acted knowingly, willfully, in reckless disregard of MCS's rights, and in bad faith.

### FIRST CLAIM FOR RELIEF
### Infringement of the FORMAT Trademark
### Under the Lanham Act, 15 U.S.C. § 1114(a)

19.    MCS repeats and realleges each and every allegation set forth in paragraphs 1 through 18 of this Complaint.

20.    Defendants' use of the FORMAT mark, as described above, is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of Defendants, their products, and/or commercial activities by or with MCS, and thus constitutes trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114(a).

### SECOND CLAIM FOR RELIEF
### Infringement of the FORMAT Trademark, False Designation
### of Origin, Passing Off, and Unfair Competition
### Under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)

21.    MCS repeats and realleges each and every allegation set forth in paragraphs 1 through 20 of this Complaint.

5

22.    Defendants' use of the FORMAT mark, as described above, is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of Defendants, their products, and/or commercial activities by or with MCS, and thus constitutes trademark infringement, false designation of origin, passing off, and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

**THIRD CLAIM FOR RELIEF**
**Dilution of the FORMAT Trademark**
**Under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)**

23.    MCS repeats and realleges each and every allegation set forth in paragraphs 1 through 22 of this Complaint.

24.    MCS's FORMAT trademark has become famous as a result of, among other things, inherent and acquired marketplace strength due to extensive sales and promotion over more than 25 years.  Further, MCS's FORMAT mark was famous before Defendants' first use of the infringing FORMAT mark.

25.    Defendants' use of the FORMAT mark, as described above, is likely to cause dilution of MCSs famous and federally registered FORMAT mark, in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

**FOURTH CLAIM FOR RELIEF**
**Unfair Competition under Pennsylvania Unfair Trade Practices**
**and Consumer Protection Law, 73 P.S. § 201-2 _et. seq._**

26.    MCS repeats and realleges each and every allegation set forth in paragraphs 1 through 25 of this Complaint.

27.    Defendants' acts, as described above, are likely to cause confusion, or to cause mistake, or to deceive as to the source, sponsorship, approval, affiliation, or connection of Defendants, their products, and/or commercial activities by or with MCS, and thus constitute

unfair methods of competition and unfair and deceptive acts and practices under Pennsylvania

Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-2 *et. seq.*

## FIFTH CLAIM FOR RELIEF
## Common Law Trademark Infringement and Unfair Competition

28.    MCS repeats and realleges each and every allegation set forth in paragraphs 1

through 27 of this Complaint.

29.    Defendants' actions, as described above, are likely to cause confusion, or to cause

mistake, or to deceive as to the affiliation, connection, or association of Defendants with MCS,

or as to the origin, sponsorship, or approval of Defendants, their products, and commercial

activities by or with MCS such that Defendants' acts constitute infringement of MCS's

proprietary rights in the FORMAT mark, misappropriation of MCS's goodwill in its FORMAT

mark, and unfair competition under Pennsylvania common law.

## SIXTH CLAIM FOR RELIEF
## Injury to Business Reputation and Dilution
## Under 54 Pa. Stat. and Cons. Stat. Ann. § 1124

30.    MCS repeats and realleges each and every allegation set forth in paragraphs 1

through 29 of this Complaint.

31.    MCS's FORMAT trademark is famous in this Commonwealth, as that term is

used in 54 Pa. Stat. and Cons. Stat. Ann. § 1124, and was famous before Defendants' first use of

the infringing FORMAT mark based on, among other things, the mark's inherent and acquired

marketplace strength and extensive and long-standing use, advertising, and promotion.

32.    Defendants' acts, described above, including blatant copying of MCS's mark,

show that Defendants willfully intended to trade on MCS's reputation and cause dilution of its

famous mark.

33.     Defendants' acts, described above, are likely to dilute the distinctive quality of MCS's FORMAT trademark and cause injury to MCS's business reputation in violation of 54 Pa. Stat. and Cons. Stat. Ann. § 1124 *et. seq.*

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, MCS respectfully demands a trial by jury on all issues properly triable by a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, MCS requests that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, the following:

A.     An Order declaring that Defendants' use of the FORMAT mark violates MCS's rights in its FORMAT mark and constitutes trademark infringement, unfair competition, and dilution under federal. state and/or common law, as detailed above;

B.     A permanent injunction enjoining Defendants and their employees, agents, partners, officers, directors, shareholders, principals, subsidiaries, related companies, affiliates, distributors, dealers, and all persons in active concert or participation with any of them:

1.     From using or registering the FORMAT mark and any other marks that are likely to be confused with MCS's FORMAT mark;

2.     From representing by any means whatsoever, directly or indirectly, that Defendants, any products or services offered by Defendants, or any activities undertaken by Defendants, are associated or connected in any way with MCS, sponsored or authorized by MCS, or otherwise affiliated with MCS.

8

C.      An Order directing Defendants to, within thirty (30) days after the entry of the injunction, file with this Court and serve on MCS's attorneys a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

D.      An Order directing Defendants to immediately send to MCS all products, advertisements, hangtags, promotional materials, stationery, forms, and/or any other materials and things that contain or bear the FORMAT mark and/or any other marks that are likely to be confused with or to dilute MCS's mark;

E.      An Order requiring Defendants to account for and pay to MCS any and all profits arising from the foregoing acts, and increasing such profits, including trebling them, in accordance with 15 U.S.C. § 1117 and other applicable laws;

F.      An Order requiring Defendants to pay MCS damages in an amount as yet undetermined (and including prejudgment and post-judgment interest) caused by the foregoing acts, and trebling such damages in accordance with 15 U.S.C. § 1117, 35 U.S.C. §§ 284 or 289; and other applicable laws;

G.      An Order requiring Defendants to pay MCS punitive damages in an amount to be determined due to the foregoing willful acts;

H.      An Order requiring Defendants to pay MCS its costs and attorneys' fees in this action pursuant to 15 U.S.C. § 1117 and other applicable laws; and

9

I.      Other relief as the Court may deem appropriate.

Dated:  January 24, 2017                    Respectfully Submitted,


                                            Zachary C. Glaser, Esquire
                                            Kleinbard, LLC
                                            1650 Market Street – 46th Floor
                                            Philadelphia, PA 19103
                                            267-443-4117
                                            *Attorneys for Plaintiff*
                                            *MCS Industries, Inc.*


                                            and

                                            Brian L. Belles, Esquire
                                            Lisa Peller London, Esquire
                                            BELLES KATZ, LLC
                                            721 Dresher Road, Ste. 110
                                            Horsham, Pennsylvania
                                            (215) 658-1890 (phone)
                                            llondon@belleskatz.com

                                            *Co-counsel for Plaintiff*
                                            *MCS Industries, Inc.*


10

# EXHIBIT "1"

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,814,896
Registered Feb. 17, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## FORMAT

MCS INDUSTRIES, INC. (PENNSYLVANIA COR-
PORATION)
2280 NEWLINS MILL ROAD
EASTON, PA 18045

FOR: PICTURE FRAMES, IN CLASS 20 (U.S. CLS.
2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

SER. NO. 76-517,486, FILED 5-16-2003.

DARRYL SPRUILL, EXAMINING ATTORNEY

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Friday, February 21, 2014 11:01 PM |
| To: | akatz@belleskatz.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2814896: FORMAT: Docket/Reference No. MCS-009 |

Serial Number: 76517486
Registration Number: 2814896
Registration Date: Feb 17, 2004
Mark: FORMAT
Owner: MCS Industries, Inc.

Feb 21, 2014

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
020

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) and an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76517486. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# EXHIBIT "2"

**amazon services**
seller forums

United States
Seller Central

Welcome, Guest    Login    Forums Guidelines    Forums Help

## Seller Forums
Amazon Seller Forums » Fulfillment By Amazon » General FBA Questions

### Thread: I have thousands of format frames. Who puts the EAN #s on them?

This thread has been archived - replies are not allowed.

⭐ This question is **answered.**



☰ Replies: 9 - Pages: 1 - Last Post: 13 May, 2016 8:00 PM by: Battuta    ⚑

**Battuta**

Posts: 6
Registered: 17 Apr, 16
11:44 PM

Posted on: 07 May, 2016 9:53 AM
fba , ean , packaging , shipping_rules , fulfillment_center , labels , selling , upc

🖼 8X10FORMATFRAME12.jpg (544.8 KB)

🖼 8X10FORMATFRAME2.jpg (415.2 KB)

🖼 8X10FORMATFRAME6.jpg (495.6 KB)

We would like to start selling on FBA

I have a few questions regarding sets.

I have boxes of these frames if I put the ean number on each of the Frames this would take so much time? However If I send you the Jpg numbers it would make it much easier on us:

For instance:

If I am selling a set of 6 Format Frames I am gathering you need a label on each product with the EAN number on it so you know which one it goes with. I wanted to know if I could give you guys the ean number for that particular set in picture files.

SEE THE BOXES ARE ALL THE SAME SIZE BUT HAVE DIFFERENT VARIATIONS so if you get I GET AN order of 6 would FBA BE ABLE TO PUT that particular EAN number on each frame or how does this work?

The same goes for a set of 2 & sets of 1 pack with each product labeled with

### Available Actions

🔍 Search Forum

📝 Ask a question

⟵ Back to Thread List

### Icon Legend

⭐ Answered question

❓ Unanswered question with answer points still available

● Unanswered question

### Seller Forums Status Icons

▥ Master: 25000+ pts

▥ Veteran : 5000-24999 pts

▥ Enthusiast : 500-4999 pts

▥ Novice: 50-499 pts

🅰 Amazonian

I have thousands of format frames. Who puts the EAN #s on them? - Amazon Seller Forums

the a different EAN number that particular set?

I hope someone is following me this is quite difficult to explain.

Thanks
Suzie

**View the reply Battuta selected as correct**

Is this a helpful question?   **Yes**   0   **No**

---

## 9 Replies

Sort replies by:   Earliest reply first   ▼

**Red Sky** ▥

Posts: 5,577
Registered: 09 Nov, 13
12:59 AM

Posted on: 07 May, 2016 10:01 AM   ☀ in response to: Battuta      ☆ Helpful   ⚠

You are talking to other sellers. I suggest reading the rules about how to label your products for FBA. Also read a lot of the old FBA related threads.

Was this reply helpful?   **Yes**   2   **No**   0

---

**Battuta**

Posts: 6
Registered: 17 Apr, 16
11:44 PM

Posted on: 07 May, 2016 12:03 PM   ☀ in response to: Battuta      ⚠

We would like to start selling on FBA

I have a few questions regarding sets.

I have boxes of these frames if I put the ean number on each of the Frames this would take so much time? However If I send you the jpg numbers it would make it much easier on us:

For instance:

If I am selling a set of 6 Format Frames I am gathering you need a label on each product with the EAN number on it so you know which one it goes with. I wanted to know if I could give you guys the ean number for that particular set in picture files.

SEE THE BOXES ARE ALL THE SAME SIZE BUT HAVE DIFFERENT VARIATIONS so if you get I GET AN order of 6 would FBA BE ABLE TO PUT that particular EAN number on each frame or how does this work?

The same goes for a set of 2 &amp; sets of 1 pack with each product labeled with the a different EAN number that particular set?

I hope someone is following me this is quite difficult to explain.

Thanks
Suzie

I have thousands of format frames. Who puts the EAN #s on them? - Amazon Seller Forums

Was this reply helpful?   Yes   0   No   0

Battuta selected this reply as correct

View original question

**Red Sky**

Posts: 5,577
Registered: 09 Nov, 13
12:59 AM

Posted on: 07 May, 2016 4:40 PM   ✦ in response to: Battuta

Again, you are speaking to other sellers.

If you sell one frame by itself it will be number 1.

If you sell one "bundle" of two frames, the frames will be packaged together. You cannot use number 1 for this, you need a new number. We will call it 2.

If you sell one "bundle" of six frames, the frames will be packaged together. You cannot use number 1 and you cannot use number 2. A bundle of six frames is a completely different product than one frame or two frames, so you need a new number. We will call it 3.

You need to bundle the product and number it before you send it to FBA. Whoever you think you are talking to is not going to do that for you. Is there glass in these frames? You need to make sure these frames are packaged correctly so they don't break when the Amazon employee takes one off the shelf and throws it into a box to ship to a customer.

Was this reply helpful?   Yes   2   No   1

**Boardgames4Us**

Posts: 9,770
Registered: 17 Mar, 12
1:16 AM

Posted on: 07 May, 2016 9:07 PM   ✦ in response to: Battuta

> Battuta wrote:
> We would like to start selling on FBA
>
> I have a few questions regarding sets.
>
> I have boxes of these frames If I put the ean number on each of the Frames this
> would take so much time? However If I send you the .jpg numbers it would
> make it much easier on us:

Either you do it yourself or you pay someone to do it. There are many logistics/fulfillment companies who have the capability to perform services like this. Use Google search and pay attention to your state. You can get a quote for the services requires along with a timeframe and then prepare to ship your items to them to do the work. Expect that rates of upwards of $40 per hour for the work. That will probably work out to over $1.00 per label. Amazon costs less, but will only apply FNSKUs to products with existing barcodes.

You will need to make sure that you know very specifically which get which and be able to explain that in writing.

The more complex, the better and more specific your documents will need to be.

I expect it will be quicker and more cost effective to do it yourself.

What most would do is to have it done as part of the manufacturing process,

I have thousands of format frames. Who puts the EAN #s on them? - Amazon Seller Forums

but I take it that you are too late for that now.

Best of luck with that.

Dave

Was this reply helpful? **Yes** 0 **No** 0

---

**Funky Monkey**

Posts: 9,397
Registered: 11 Mar, 13
4:44 PM

Posted on: 07 May, 2016 9:15 PM ⚑ in response to: Battuta

I wish you'd stop YELLING.

Recommended reading:

**Fulfillment by Amazon (FBA)**

https://sellercentral.amazon.com/gp/help/help.html/?
itemID=539218&ref_=ag_53921_a_r2_cont_sgsearch

**Product Bundling Policy**

https://sellercentral.amazon.com/gp/help/help.html/?
itemID=200442350&ref_=ag_200442350_a_r0_cont_sgsearch

Funky

Was this reply helpful? **Yes** 0 **No** 1

---

**Battuta**

Posts: 6
Registered: 17 Apr, 16
11:44 PM

Posted on: 13 May, 2016 7:39 PM ⚑ in response to: Funky Monkey
fulfilment_centers , amazon , labels , fulfillement

Who is yelling? I am not I am simply asking a question. In which, I think I
received my answer.

The answer is you can put 280 pieces in a box and label it with the
corresponding number as if say this is ASIN 1

Another Box with 500 pieces in a box and label it with the corresponding
number is say this is the 12 pack. Put the ASIN number that belongs with
that say 12.

But I wasn't yelling at all. I was frustrated sine no one can tell me a straight
answer.

thanks
SVH

Was this reply helpful? **Yes** 0 **No** 1

1/9/2017

I have thousands of format frames. Who puts the EAN #s on them? - Amazon Seller Forums

**Battuta**

Posts: 6

Registered: 17 Apr, 16
11:44 PM

Posted on: 13 May, 2016 7:41 PM  # in response to: Battuta
fulfillment_center , upc , ean , fba , selling , packaging , labels , shipping_rules

You are the one with the most logical answer that I received.

"If you sell one frame by itself it will be number 1.

If you sell one "bundle" of two frames, the frames will be packaged together. You cannot use number 1 for this, you need a new number. We will call it 2.

If you sell one "bundle" of six frames, the frames will be packaged together. You cannot use number 1 and you cannot use number 2. A bundle of six frames is a completely different product than one frame or two frames, so you need a new number. We will call it 3."

Thank you.
Suzie

Edited by: Battuta on May 13, 2016 7:42 PM

Edited by: Battuta on May 13, 2016 7:45 PM

Was this reply helpful?  **Yes**  0  **No**  0

---

**Battuta**

Posts: 6

Registered: 17 Apr, 16
11:44 PM

Posted on: 13 May, 2016 7:51 PM  # in response to: Red Sky
fulfillment , fulfillment_centers , labels , amazon

This is a duplicate answer don't know how to delete it.

Edited by: Battuta on May 13, 2016 7:58 PM

Was this reply helpful?  **Yes**  0  **No**  1

---

**Battuta**

Posts: 6

Registered: 17 Apr, 16
11:44 PM

Posted on: 13 May, 2016 7:56 PM  # in response to: Battuta
upc , fulfillment_center , ean , fba , labels , selling , packaging , shipping_rules

A+ Response Red Sky

Was this reply helpful?  **Yes**  0  **No**  0

---

🔲 **View Thread RSS feeds**

Pages: 1

⇐ Back to Thread List

Contact Seller Support

©2015, Amazon.com, Inc. or its affiliates

1/6/2017                    Amazon.com: Studio 500, 11 by 17-inch, Format Frame, Black, 6-Pack: Home & Kitchen

Try Prime        All ▾    Studio 500 FORMAT FRAME

Departments ▾        Your Amazon.com    Today's Deals                    Hello. Sign in    Orders    Try Prime ▾         0
                                                                         Account & Lists ▾                            Cart

Home & Kitchen    Best Sellers    Shop by Room ▾    Bedding & Bath ▾    Home Décor ▾    Artwork ▾    Storage ▾    Vacuums & Floor Care ▾    Heating & Cooling ▾

‹ Back to search results for "Studio 500 FORMAT FRAME "

 

## Studio 500, 11 by 17-inch, Format Frame, Black, 6-Pack

...iew

...0 when you choose Two-

...0, INC..

...ne is always fashion
...ng.
...combined with a chic
...d your images.
...ng on the wall vertically
...of your.
...casion and for Soccer
...l Moms and the newest

...at Frame, Black, 6-Pack

...ing.

Roll over image to zoom in

Share

Qty:  1  ▾

**$37.00** + Free Shipping
In Stock. Sold by **STUDIO 500, INC.**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
PHILADELPHIA, PA 19019

Add to List

Have one to sell?    Sell on Amazon

  

**ONE WALL**

*Find 4PCs 11x11 Woot Picture Frames Black Here*

4PCs 11x11 Picture Frames Black with 2 Mats for 8x8 or 4x4 Pictures Wood I...
3

$35.99

Ad feedback

## Customers Who Viewed This Item Also Viewed                    Page 1 of 3



MCS Format Frame, 11 by
17-Inch, Black (6 Pack)
286

$38.00



Mainstays 11x17 Picture
Frame with Glass, Set of 3
37

$20.24



MCS Pla
for a 11"
Color; Bl

$11.99

## Customers Also Shopped For

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1   **Michaels® Wall Frames - 50% Off** -  Save on Select Wall **Frame** Collections & Make a Fresh   www.michaels.com/Wall**Frames**

1. ~~Michaels® Wall Frames - 50% Off~~
   **Wall Frames** 🔗

2. **MCS Format Picture Frames** 🔗

- ~~Save on Select Wall **Frame** Collections & Make a Fresh~~
  Start at Michaels. Buy Now!

- Great prices on these popular **frames** - sizes from 4x6 to
  ~~16x20~~

www.michaels.com/wallFrames

www.pfile.com/mcs-picture-
~~frames~~

Ad feedback

## Special Offers and Product Promotions

- Your cost could be **$0.00** instead of **$37.00**! Get a **$50.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card**.
  Apply now.

## Product Description

Battuta, Inc. is the manufacturer of the well known company, Studio 500, Inc. Our Modern Format Frames are simple to use and easy to
hang. To put your picture in this polished glass edged frame, follow these instructions: 1. Pop out the smooth trimmed glass. 2. Keep the
black back inserted in place. 3. Insert your picture. 4. Pop the glass back in the frame. Please Note: This modern frame has molding
openings in the back so you are able to mount the frame either vertical or horizontal.

## Product Information

| | |
|---|---|
| Product Dimensions | 17 x 11 x 0.5 inches |
| Item Weight | 8 pounds |
| Shipping Weight | 8.8 pounds (View shipping rates and policies) |
| Manufacturer | Battuta, Inc. |
| ASIN | B01M71QWZI |
| Item model number | B500-FF-11X17-BLK6 |
| Customer Reviews | 1 customer review<br>4.0 out of 5 stars |
| Best Sellers Rank | #1,138,774 in Home and Kitchen (See Top 100 in Home and Kitchen) #335,858 in Home & Kitchen > Home Décor |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click
here

### Feedback

If you are a seller for this product, would you like to **suggest updates through
seller support**?
Would you like to **tell us about a lower price**?



amaz·n

Settle in to stream shows
with Prime Video monthly

Get Started

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

1

4.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 100% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review

See all verified purchase reviews

## Top Customer Reviews

**Four Stars**

By Courtney Brown on October 25, 2016

Verified Purchase

Met our needs. A little loose, but I'd order them again.

Comment    Was this review helpful to you?   Yes    No    Report abuse

See all verified purchase reviews (newest first)

Write a customer review

amazon
warehousedeals

Post-Holiday sale
Save up to 25% off
on select products
Shop now ›

Ad feedback

**Search Customer Reviews**

[                    ]    Search

## What Other Items Do Customers Buy After Viewing This Item?



MCS Format Frame, 11 by 17-Inch, Black (6 Pack)
286
$38.00



Mainstays 11x17 Picture Frame with Glass, Set of 3
37
$20.24



ONE WALL    11x11 Woot Picture Frames for Decorating Walls



11x11 Picture Frames Black with 2 Mats for 8x8 or 4x4 Pictures, Wood Instagram Photo...
3
$12.99    Add to Cart

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |

Self-Publish with Us

Become an Amazon Vendor

› See all

Amazon Currency Converter

Amazon Assistant

Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

# BestFinds | Latest & Top Rated

Shop the best and newest prc



## Studio 500, 11 By 17-Inch, Format Frame, Black, 6-Pac

**$ 37.00**  As of 2017-01-05 20:58:49 CDT (more i

🔔 Get Sale Alert                    ❤ 11

### Recommendation

We discovered it **37 days ago**. It had not been se previously on Pinterest, Google, Yahoo, Bing and PicSearch.

Fresh

⊙

1 day

At BestFinds, we collect and recommend the top and newest products to our fans.

Because this product has received 11 Likes after recommended it to our fans, it has a higher chan being shown in search results when you search f related products.

---

You Might Also Like          Editors' Picks          Suggested Reading

---






# BestFinds | Latest & Top Rated

Shop the best and newest pro

Studio 500, 8 By 10-Inch, Format Frame, Black, 6-Pack

Studio 500, 8 By 10-Inch From Our Modern Collection, The

Studio 500,10 By 20-Inch Black Format Collage Frame, With

6 Pack Fitness Bag L Edition Realtree Innov









6 Pack Fitness Expert Beast Duffle 500 Stealth Black

NEW 2016 In Stock Star Wars Darth Maul 6 Inch Black Series

NEW 2016 In Stock Star Wars Darth Maul 6 Inch Black Series

Frame Company All Range Picture Photo









Snap 11-Inch-By-17-Inch Black Wood Frame By Pinnacle

Frame Company Watson Range 14 X 11-Inch Black Picture

POWER RANGERS Zyuohger 6 Inch Soft Vinyl : Zyuoh Bard

Frame Company Di Range 14 X 11-Inch

188

31



# **BestFinds** | Latest & Top Rated

Shop the best and newest pro






6 Pack Fitness Innovator 300 Black/Red W/Bonus

6-Foot 6-Inch Pre-Lit Corner Tree With Clear Lights

9

Black Beveled Matted Frame 7 ( 4" X 6" ) Opening Hanging

Frame USA 17064 Ba Picture Frames, 11 )





Frame Company Simpson Range 14 X 11-Inch Picture And

137

Frame Company Drayton Range 6 X 4 -Inch Picture Photo

6 PACK FITNESS INNOVATOR 300 MEAL BAG REALTREE

126

Novel PACK Of 6 Sty STRAP CONVERTEI






# BestFinds | Latest & Top Rated

Shop the best and newest pro









TOPPS MATCH ATTAX 2016-17
CHAMPIONS LEAGUE STARTER

KitchenWorthy 13-Inch Pizza
Stone Set Oven Safe To: 500

Frame Company Hamilton
Range 30 X 20-Inch Wooden

52

Eat 17 Bacon Jam 105
Of 6

1



Frame Company Allington
Range 20 X 10-Inch Picture

89



Staggered Collage Pattern 6(4"
X 6") 4( 6" X 4"), 10 Picture

About Us      Privacy Policy      Contact      Disclaimers      Join Us                         support@best

Format Frame 3 Pack - Black 11x17

*Related Searches: antique 11x17 frame, glass 11x17 frame more*

Home › Home & Garden › Home Decor › Picture Frames › Format Frame 3 Pack - Black 11x17

You're in Picture Frames



**Format Frame 3 Pack - Black 11x17**
Find picture frames and display boxes at Target.com! Showcase your happy moments with the room essentials format frames. Theyre made of plastic and have a painted finish. With glass surface covers, they enhance the look of your photos. Use them to...

Price & Stock Not Available
at Target.com

Sort:  Best Match  ▼     Show: ☐ Free Shipping ☐ Sales     Tax & Shipping:  zip code

---

Mainstays 6x8 **Format** Picture
Enhance your home decor with this Format Frames, 6x8, **Black**, Set of 12. This product can be used to display your favorite photos or posters and add a decorative touch to any room. This set comes with 12 **black** photo **frames**. They can be hung vertically... ... more
Product Info

**$12.00**
go to store

Walmart >'<

**Skytop Lodge**

**from $233**
See best prices from 200+ sites on

TripAdvisor

---



MCS Industries **Black** 10 by
This 10-inch by 20-inch **Format** Museum Picture **Frame** features a thin **black** plastic edge and a white die-cut mat front, which pops out from the **frame** for easy loading of photos. It offers a sleek contemporary look that will allow your most precious photo... ... more
Product Info

**$9.95**
go to store

Amazon Marketplace

---



MCS **Format Frame** Collage. 3 Openings. One 5 by 7-Inch. Two 4 by 6-Inch.
MCS classic **format frames** are simple to use and easy to hang. To put your picture in the thin edged **frame**, you just pop out the polished edge glass, insert your picture and pop the glass back in the **frame**. The **frame** has molded openings in the back so... ... more
Product Info

**$5.95**
go to store

Amazon Marketplace

---

Pinnacle **Black** Snap **Frame** - 11x17 **Black**
The Pinnacle **Black** Snap Wooden **Frame** is perfect to display your favorite photos or art. It can be displayed vertically or horizontally. Holds **11x17** photo. Dimensions: 11.75H x 17.75W x .6D.
... more
Product Info

~~$29.99~~ **$14.99**
go to store

Boscov's
(25,000+)

Need a Personal Shopper?

Subscribe to Bizrate emails for the **hottest deals & products**, PLUS a chance to

**WIN $25**

sign me up!

New winners chosen weekly. No purchase necessary.

---



Studio 500, 8.5 by 11-inch. **Format Frame. Black**, 6-Pack
Studio 500 brings you our modern **format frames**. To put your picture into the **frame**, follow these instructions: 1. Pop out the smooth trimmed glass. 2. Insert your picture. 3. Pop the glass back in the **frame**. Note: This modern **frame** has molding openings... ... more
Product Info

**$20.50**
go to store

Amazon.com

---



Pinnacle **Black** Collage Photo **Frame** - 24x16 **Black**
The Pinnacle **Black** Collage Photo **Frame** is the perfect **piece** to display your most cherished family photos. This wooden **frame** has six openings with one White mat opening. Hangs on wall. Holds two 4x4 photos, **three** 4x6 photos, and one 10x8 photo or a 5x7... ... more
Product Info

~~$49.99~~ **$24.99**
go to store

Boscov's
(25,000+)

---



Set of 6 **Format Frames** - **Black** 8x10
Find Picture **Frames** and Display Boxes at Target.com! This set of picture **frames** is an ideal choice for your home. **Format frames** feature a thin **piece** of plastic for the edges, so the **frame** seems to disappear and the picture is all you see. The six... ... more
Product Info

~~$18.99~~ **$14.24**
FREE shipping
go to store

Target.com

---



Art to Frames Double-Multimat-644-837/89-FRBW26079 Collage Photo **Frame**
Your one-of-a-kind photos deserve one-of-a-kind **frames**, but visiting a custom **frame** shop can be time consuming and expensive. Art to Frames extensive and growing line of inexpensive multi opening Photo Mats will get you the look you want at a price you... ... more
Product Info

**$48.06**
go to store

Amazon.com

---



Mainstays 10-**Piece Format** Picture **Frame** Set
These **Format Frames** **(Black)** are the perfect solution for anyone who wants to display a large collection of photos. You can hang them vertically or horizontally to create a fun and unique

**$15.90**
go to store

Case 5:17-cv-00351-EGS    Document 1    Filed 01/25/17    Page 32 of 67



display wall. Use this set of 10 frames together in one room or... ... more

Product Info


Walmart

---



PictureFrameFactoryOutlet **11x17** Picture **Frame** 1.25 Inch Wide **Black** Flat

11 x 17 inch wood **frame**. Just pop off the back, insert your art piece, then hang. Ready-made wood **frames** that are high quality. ... more

Product Info

**$17.99**
*FREE shipping*
go to store

Amazon Marketplace

---



Studio 500, 8.5 by 11-inch, **Format Frame**, **Black**, 6-Pack

Studio 500 brings you our modern **format frames**. To put your picture into the **frame**, follow these instructions: 1. Pop out the smooth trimmed glass. 2. Insert your picture. 3. Pop the glass back in the **frame**. Note: This modern **frame** has molding openings. ... ... more

Product Info

**$20.25**
go to store

...etplace

---

bizrate



G+1    Like 65K

Teach your kids how to stop bullying and be more than a bystander.    **Learn How**

This is a brand new **11x17** picture, photo, diploma, poster **frame** (meaning a 11 " x 17 " or a 17 " x 11 " print will fit just right). This 11 x 17 **Black** Stain on Pine **frame** is made of Wood, measuring 1.5" wide, and 0.63" deep, with a .375 " deep... ... more

Product Info

**$16.26**
go to store

Amazon Marketplace

---



Mainstays **11x17** Picture **Frame** with Glass, Set of 3

Mainstays **11x17** Picture **Frame** with Glass, Set of 3 Mainstays **11x17** **Format** Picture **Frame**, Set of 3 •Includes 3 **frames** with glass •Photos or prints are inserted in front •Can be wall-mounted •Position vertically or horizontally •Each measures 11" x 17"... ... more

Product Info

**$20.68**
*FREE shipping*
go to store

Amazon Marketplace

---



12x18 **Format** Picture **Frame**, Set of 3 **Black** Plastic by Mainstays

These Mainstays **frames** will allow you to proudly display your favorite photos or artwork. It's made for vertical or horizontal display. ... more

Product Info

**$28.38**
go to store

Amazon Marketplace

---



Art to Frames Double-Multimat-644-61/89-FRBW26079 Collage Photo **Frame**

Your one-of-a-kind photos deserve one-of-a-kind **frames**, but visiting a custom **frame** shop can be time consuming and expensive. Art to **Frames** extensive and growing line of inexpensive multi opening Photo Mats will get you the look you want at a price you... ... more

Product Info

**$36.13**
go to store

Amazon Marketplace

---



MCS Industries **Black** 8 by 10-Inch Matted **Format Frame** with 1 3-1/2 by 5-Inch

This 8-inch by 10-inch **Format** Museum Picture **Frame** features a thin **black** plastic edge and a white die-cut mat front, which pops out from the **frame** for easy loading of photos. It offers a sleek contemporary look that will allow your most precious photo... ... more

Product Info

**$4.70**
go to store

Amazon Marketplace

---



ArtToFrames **11x17** inch **Black** Picture **Frame**, WOMFRBW72079-**11x17**

This is a brand new **11x17** picture, photo, diploma, poster **frame** (meaning a 11 " x 17 " or a 17 " x 11 " print will fit just right). This 11 x 17 **Black frame** is made of MDF, measuring 1.25" wide, and 0.75" deep, with a .375 " deep rabbet (the... ... more

Product Info

**$10.94**
go to store

Amazon Marketplace

---



Quadro **Frames 11x17** inch Picture **Frame**, **Black**, Style P375 - 3/8 inch Wide

All our picture **frames** are produced on demand at our facility in Spencer MA using our exclusive Quadro **Frames** molding system. Moldings are custom extruded to our specifications and consist of ABS plastic with a metallized mylar finish, they are... ... more

Product Info

**$13.66**
go to store

Amazon Marketplace

---



Studio 500, 11 by 17-inch, **Format Frame**, **Black**, 6-Pack

Battula, Inc. is the manufacturer of the well known company, Studio 500, inc. Our Modern **Format Frames** are simple to use and easy to hang. To put your picture in this chic edged **11x17**-inch **frame**, follow these instructions: 1. Pop out the smooth trimmed... ... more

Product Info

**$37.00**
go to store

Amazon Marketplace

---

Craig **Frames** 1.5DRIFTWOODBK **11x17** Picture/Poster **Frame**, Wood Grain

This brand new picture **frame** is manufactured in the USA at our facility in Ithaca, Michigan using the best materials and tools available. Please review the product listing details of the **frame** selection you have made. Our picture **frames** SMALLER than... ... more

Product Info

**$13.99**
go to store

Amazon Marketplace

---

MCS Plastic **Format Frame** for a 11" x 17" Photograph. Color: **Black**, 2 inch

Front load your pictures 11in by 17in **frame** in **black** Very thin **frame** profile Easy to hang 2 inch Thick ... more

Product Info

**$34.99**
*FREE shipping*
go to store

Amazon Marketplace

---

15x21 Matting for Picture **Frame Black** with Cream Core and **11x17** Opening

This matting fits a 15x21 **frame** with an opening size for a **11x17** photo / print (Actual opening size is 10.5x16.5). The reason for the smaller "actual" opening size is to create a .25" overlap on all sides so that the matting sufficiently covers and... ... more

**$12.99**
go to store



Product Info

Amazon Marketplace



### Studio 500, 5 by 7-inch, Format Frame, Black, 12-Pack
Battuta Inc. is the manufacturer of Studio 500 it is the company to go to...when it comes to **format frames** these are easy to use. Putting your picture together is as easy as 1, 2, 3. Follow instructions; Front load your pictures: 1. Pop out the smooth... ... **more**

Product Info

**$21.70**

go to store

Amazon Marketplace



### MCS Format Frame Collage, 4 Openings, 4 by 6-Inch, Black
MCS classic **format frames** are simple to use and easy to hang. To put your picture in the thin edged **frame**, you just pop out the polished edge glass, insert your picture and pop the glass back in the **frame**. The **frame** has molded openings in the back...

**$6.95**

go to store

...place

Teach your kids how to stop bullying and be more than a bystander.   **Learn How**

bizrate

G+1    Like 65K

### MCS 10435 Format Frame, 8 by 12-Inch, Black
Classic and affordable **frame** features a thin molded edge so your image gets all the attention. Clear glass opens from the front for easy loading. Photo may be displayed horizontally or vertically. Use on a wall or tabletop. ... **more**

Product Info

**$4.82**

go to store

Amazon Marketplace

### MCS 12605 Format Frame, 12 by 16-Inch, Black
Classic and affordable **frame** features a thin molded edge so your image gets all the attention. Clear glass opens from the front for easy loading. Photo may be displayed horizontally or vertically. Use on a wall or tabletop. ... **more**

Product Info

**$6.95**

go to store

Amazon Marketplace



### MCS Format Frame (6 Pack), 8 by 8", Black
MCS Classic **Format frames** are simple to use and easy to hang. To put your picture in the thin edged **frame**, you just pop out the smooth trimmed glass, insert your picture and pop the glass back in the **frame**. The **frame** has molded openings in the back so... ... **more**

Product Info

**$16.86**

go to store

Amazon Marketplace



### MCS 47357 Format Frame, 8 by 8-Inch, Black
Classic and affordable **frame** features a thin molded edge so your image gets all the attention. Clear glass opens from the front for easy loading. Photo may be displayed horizontally or vertically. Use on a wall or tabletop. ... **more**

Product Info

**$3.50**

go to store

Amazon Marketplace



### MCS Format Frame (6 Pack), 9 by 12", Black
MCS Classic **Format frames** are simple to use and easy to hang. To put your picture in the thin edged **frame**, you just pop out the smooth trimmed glass, insert your picture and pop the glass back in the **frame**. The **frame** has molded openings in the back so... ... **more**

Product Info

**$28.26**

go to store

Amazon Marketplace



### MCS Format Frame (6 Pack), 8 by 12", Black
MCS Classic **Format frames** are simple to use and easy to hang. To put your picture in the thin edged **frame**, you just pop out the smooth trimmed glass, insert you picture and pop the glass back in the **frame**. The **frame** has molded openings in the back so... ... **more**

Product Info

**$25.68**

go to store

Amazon Marketplace



### MCS 10439 4 by 6-Inch Format Frame, Black
This very popular plastic **frame** is a front loading wall or tabletop **frame** and can be displayed either horizontally or vertically. Offered in **Black** or White. 4x6 through 20x20 ... **more**

Product Info

**$2.53**

go to store

Amazon Marketplace



### MCS Format Frame, 8 by 10-Inch, Black, 12-Pack
This is a terrific value in **frames** for volume users. Features front loading easy access to your print or photo. Attractive **black** ABS plastic molding with ultra-clear polished edge, glare resistant glass lens. Snap-in easel back for portrait or... ... **more**

Product Info

**$23.88**

go to store

Amazon Marketplace



### School Specialty Plastic Format Frame, 11 X 14 X 1/2 in, Black
School Specialty **Black** Plastic **Format Frame** measures 11 in x 14 in. **Frame** can be used for horizontal or vertical display on wall or tabletop with an attractive front loading design. ... **more**

Product Info

**$7.12**

go to store

Amazon Marketplace



### MCS Format Record Album Or Cover Frame Black 47678
Our best selling **frame** has been adapted to hold your favorite record album or album cover. This thin **format frame** does not detract from your collectible album and provides real glass protection. It's front loading and comes with a preformed hanger slot... ... **more**

Product Info

**$5.68**

go to store

Amazon Marketplace



### Studio 500, 11 by 14-inch, Format Frame, Black, 2-Pack
Battuta, Inc. is the manufacturer of the well known company, Studio 500, inc. Our Modern **Format Frames** are simple to use and easy to hang. To put your picture in this chic edged **frame**, follow these instructions: 1. Pop out the smooth trimmed glass. 2... ... **more**

**$17.99**

go to store


Product Info                                                          Amazon Marketplace



---



**MCS Format Frame, 8 by 10-Inch, Black, 6-Pack**
This is a terrific value in **frames** for volume users. Features front loading easy access to your
print or photo. Attractive **black** ABS plastic molding with ultra-clear polished edge, glare resistant
glass lens. Snap-in easel back for portrait or... ... more
Product Info

**$15.42**
go to store
Amazon Marketplace

---

**MCS Plastic Format Frame for a 11" x 17" Photograph, Color: Black, 2 inch**
MCS Classic **Format frames** are simple to use and easy to hang. To put your picture in the thin
edged **frame** , you just pop out the smooth trimmed glass, insert your picture and pop the glass
back in the **frame**. The **frame** has molded openings in the back ... ... more
Product Info

**$11.99**
go to store
etolace

G+1    Like 65K

Teach your kids how to stop bullying and
be more than a bystander.    **Learn How**

**MCS Industries Black 11 by 14-Inch Matted Format Frame with 2 4 by 6-Inch**
This 11-inch by 14-inch **Format** Museum Picture **Frame** features a thin **black** plastic edge and a
white die-cut mat front, which pops out from the **frame** for easy loading of photos. It offers a sleek
contemporary look that will allow your most precious photo... ... more
Product Info

**$6.75**
go to store
Amazon Marketplace

---



**MCS 53936 Format Frame, 13 by 19-Inch, Black**
Classic and affordable **frame** features a thin molded edge so your image gets all the attention.
Clear glass opens from the front for easy loading. Photo may be displayed horizontally or
vertically. Use on a wall or tabletop. ... more
Product Info

**$8.75**
go to store
Amazon Marketplace

---



**MCS Plastic Format Frame for a 12x18" Photograph, Color: Black**
This very popular 12"x18" picture **frame** features a thin plastic edge and clear glass which pops
out from the front of the **frame** for easy loading of photos. Great for digital photos. Photos or
documents can be displayed either horizontally or... ... more
Product Info

**$6.95**
go to store
Amazon Marketplace

---

Ads related to format frame three piece black 11x17

**Michaels® Wall Frames - 50% Off Wall Frames**
www.michaels.com/WallFrames ▼
Save on Select Wall **Frame** Collections & Make a Fresh Start at Michaels. Buy Now!
Ratings: Returns 9.5/10 - Customer service 9.5/10 - Shipping 9.5/10 - Quality 9/10 - Website 9/10
★★★★½ rating for michaels.com

**11 X 17 Frames - Buy From Over 500,000 Products**
www.arttoframe.com/11x17-Frames ▼
Wide Collection at Cheapest Prices!
30 Days Return Service · 50% Off on MSRP Prices
Types: Regular Frames, Collage Frames, Poster Frames, Diploma Frames, Ornate Frames

Collage Frames     Pinpix Bulleting Boards
Frames with Mats   All Picture Frames
★★★★★ rating for arttoframe.com

**MCS Format Picture Frames**
www.pfile.com/mcs-picture-frames ▼
Great prices on these popular **frames** - sizes from 4x6 to 16x20.
Low prices · Quantity discounts · Huge selection · 24/7 phone ordering
Shop with confidence - Google Trusted Stores

Picture Frames   Specials & Closeouts
New Products     Photo Albums
★★★★★ rating for pfile.com

**11x17 Frames Black**
www.amazon.com/Home ▼
Everyday Low Prices, Save up to 50% Free Shipping on Qualified Orders.
Read Ratings & Reviews · Try Prime Free · Discover Prime Music · Shop Our Huge Selection

Amazon Prime   Pinzon
Shop by Room    Home
Furniture       Wedding Registry

**Shop Black Frames - Free Shipping On Select Orders**
www.houzz.com/Picture-Frames ▼
Enhance Your Home With Elegant **Black Frames** To Display Your Best Memories
Unique Designs · Outstanding Service · Curated Collection · Top Brands & Styles
Brands: Kess InHouse, ArtToFrames, Rikki Knight Llc, The Pillow Collection, DiaNoche Designs, Surya
★★★★½ rating for houzz.com

bizrate

1/6/2017                                   Format Frame 3 Pack - Black 11x17 | Bizrate



The Cardiac Killer

**4 Stages to a Heart Attack**

➤ *4 Signs*

Teach your kids how to stop bullying and
be more than a bystander.   **Learn How**

**bizrate**      [ G+1 ]   [ Like 65K ]

---

About Connexity    Store Ratings    Top Products    Circle of Excellence Winners    Sitemap    Ad Opt Out    Ad Choices

---

Stores are responsible for providing Bizrate with correct and current prices. Sales taxes and shipping costs are
estimates; please check store for exact amounts. Product specifications are obtained from merchants or third
parties. Although we make every effort to present accurate information, Bizrate is not responsible for inaccuracies.
We encourage you to notify us of any discrepancies by clicking here.

Store ratings and product reviews are submitted by online shoppers; they do not reflect our opinions and we have
no responsibility for their content.

Privacy Policy    User Agreement    © 2017 Connexity, Inc. / Bizrate is a division of Connexity, Inc.

Sign up for Bizrate Emails to save cash, plus
a chance to win our Daily Cash Giveaway!

[ Email address ]         [ Submit ]

We don't share email addresses. Official Rules

Search for items or shops   Search                          Sell on Etsy   Register   Sign in   Cart

Clothing & Accessories   Jewelry   Craft Supplies & Tools   Weddings   Entertainment   Home & Living   Kids & Baby   Vintage

 **Studio500Gifts**

Favorite shop

      8 items

**Like this item?**
Add it to your favorites to revisit it later.

Favorite



**11 by 14-inch Black Format Frame with White Matte in this 3D Vintage French Print: "Champagne de Castellane" by Robert Falcucci**

**$14.00**                          Ask a question

Quantity
1 ▾

Add to cart

**Overview**
- Vintage item
- Materials: Glass, mdfg, acid free mat, Plastic, Metallic Photo, Metallic Vintage
- Ships worldwide from United States

This shop accepts Etsy gift cards

Favorite   Add to

Tweet   Like 0



**Studio500Gifts**
in Paterson, New Jersey

Item details   Shipping & Policies

Studio 500, Inc. Is bringing you an awesome UNIQUE FIND & is highly
discounted; a Collection of French Vintage Travel Art in a Metallic Postcard.

This piece of our French Vintage Collection is called ""Champagne de
Castellane" Liquor Advertising by Robert Falcucci.

Please note the color of the art may vary since the coloring on a computer is in computer terms RGB and the actual print is in CMYK.

This French Vintage Postcard Travel Ad is already matted onto an Ivory Mat and already put into a black glass frame 11 by 14 inches.

This black format frame is already made to be hung on a wall with it's Built-in Backend Mouldings. Comes with a black shield to separate the painting from the backend.



11 by 14-inch Black Format Fr...
$14.00



11 by 14-inch Black Format Fr...
$14.00



Studio 500, 8 by 10-inch, For...
$9.99



Studio 500, 16 by 20-inch, Fo...
$10.95



11 by 14-inch Black Format Fr...
$14.00



11 by 14-inch, White, Matted V...
$5.00



11 by 14-inch White Matted Fr...
$5.00



11 by 14-inch, White, Matted Fr...
$5.00

**Related to this item**

| Art & Collectibles | Prints | Digital Prints | Rectangular | French Vintage | Travel Ad | Built-in Moulding | Hang on your wall |

| Travel Postcard | by Robert Falcucci | Champagne | de Castellane | Metallic French Art | Frame French Art | Photo of French Art |

| Metallic Print |

Listed on Sep 29, 2016   4 views

Report this item to Etsy

Get top trends and fresh editors' picks in your inbox with Etsy Finds.

Enter your email        Subscribe

**Turn your passion into a business**

Open a shop

**Sell on Etsy**

Open a shop

Seller Handbook

Etsy credit card reader

Manufacturing

**Join the community**

Teams

Forums

Upcoming events

Affiliates

Etsy Local

**Discover and shop**

Gift cards

Blog

Mobile apps

Gift registries

Wholesale

Search

Editors' Picks

**Get to know us**

About

Policies

Careers

Press

Developers

Investors

**Follow Etsy**

Facebook

Twitter

Pinterest

Instagram

United States | English (US) | $ (USD)

© 2017 Etsy, Inc.   Legal   Privacy   Interest-based ads

Help



Stu
Fra

Desc

Battu

Che

If you
recei
repor

# Instant Guide Download

The 2016 standard has changed. Make sure you're compliant! Go to graphicproducts.com

EXPERT RECOMMENDATION

(/dell-inspiron-15-5551-15-6-         (/sony-playstation-4-500-gb-         (/microsoft-xbox-360-forza-          (/sennheiser-
notebook-pentium-n3540-2-             jet-black-                            horizon-2-bundle-500-gb-             studio-headph
16-ghz-4-gb-ram-500-gb-               4312bf11e80842cd.html)                black-                               506845-
hdd-black-windows-10-home-                                                  of20d5b640280d0d.html)               a210d75aaa1

   

Dell Inspiron 15 5551 15.6"
Notebook - Pentium N3540 2.16

**3.8**

value

ease of use

battery

Sony PlayStation 4 - 500 GB -
Jet Black (/Sony-Playstation-4-

**4.7**

value

ease of use

design/style

Microsoft Xbox 360 Forza
Horizon 2 Bundle - 500 GB -

**4.6**

value

ease of use

graphics

Sennheiser HD
Headphones Bl

sound/audio

value

ease of use



# 3 Energy-Killing Foods
Boost your energy level every day
by never eating these 3 foods

## YOU MIGHT ALSO LIKE

(/studio-500-8-by-10-inch-
format-frame-black-12-pack-
31b89faa2630c4bd.html)



(/studio-500-11-by-14-inch-
format-frame-black-6-pack-
1835ca1a41d95e19.html)



(/studio-500-8-by-10-inch-
sturdy-glam-collection-glam-
cam-df-natural-09522-2-2-
pack-2-

 

(/butterick-se





Studio 500, 8 By 10-Inch,
Format Frame, Black, 12-Pack

Studio 500, 11 By 14-Inch,
Format Frame, Black, 6-Pack

Studio 500, 8 By 10-Inch,
STURDY Glam Collection, Glam

Butterick See &
A < 8-10-12 > I



(/mike-mussina-baseball-
card-1994-studio-heritage-

(/mark-grace-baseball-card-
1993-studio-superstars-on-

(/lotus-95t-gp-of-netherlands-
resin-model-by-studio-10-
f7f2ca9e45d67453.html)

(/studio-wome
pull-on-embro









Mike Mussina (Baseball Card)
1994 Studio - Heritage

Mark Grace (Baseball Card)
1993 Studio Superstars On

LOTUS 95T GP Of Netherlands
(Resin Model) By Studio 10

Studio Women'
On Embroidere

(/professional-pack-of-122-
pcs-x-1-2-5cm-self-adhesive-
black-letters-numbers-
stickers-free-punctuation-
washproof-large-lettering-

(/soldiers-of-the-world-m-p-
desert-storm-1990-1991-by-
desert-storm-mp-12-inch-
poseable-figure-
3fdb79c8957cbae4.html)

(/javy-lopez-baseball-card-
1994-studio-heritage-

(/studio-17-ch
full-queen-cor
charcoal-
76a729735a9











Soldiers Of The World M.P.
Desert Storm 1990-1991 By

Javy Lopez (Baseball Card)
1994 Studio - Heritage

Studio 17 Chris
Full/Queen Cor

Professional Pack Of 122 Pcs X
1"(2.5cm) Self Adhesive BLACK

(/rick-wilkins-baseball-card-
1995-studio-122-
34cde8465ab4bec3.html)

(/ken-griffey-jr-baseball-card-

(/ken-griffey-ji







Rick Wilkins (Baseball Card)
1995 Studio #122 (/Rick-Wilkins-

Ken Griffey Jr. (Baseball Card)
1994 Studio Editor's Choice #3

Ken Griffey Jr.
1994 Studio Ec

(/heidi-heidi-peter-
bernardiner-joseph-set-by-
studio-100-
df5906a94b334f5a.html)

(/gregg-jefferies-baseball-
card-1994-studio-heritage-

(/don-mattingly-baseball-
card-1994-studio-heritage-

(/juan-gonzale
baseball-card









Heidi Heidi, Peter & Bernardiner
Joseph Set By Studio 100

Gregg Jefferies (Baseball Card)
1994 Studio Heritage Collection

Don Mattingly (Baseball Card)
1994 Studio Heritage Collection

Juan Gonzalez
(Baseball Card)

(/studio-35-beauty-ultra-
cosmetic-wedges-8-ea-2-

(/avid-pro-tools-10-11-12-
daw-bundle-
b704b85f947e8773.html)

(/elegant-vintage-numbers-
stencil-8-1-2-x-11-stcl1043-1-

(/jonathan-ste
press-pass-le



pack-





by-studior12-





Avid Pro Tools 10/11/12 DAW
Bundle (/Avid-Pro-Tools-10-11-

Studio 35 Beauty Ultra
Cosmetic Wedges - 8 Ea 2

Elegant Vintage Numbers
Stencil - 8 1/2" X 11" -

Jonathan Stew
Pass Legends

(/16-x20-alison-black-
distressed-frame-wall-mirror-
8aa7120fb95f5009.html)



16"X20" Alison Black
Distressed Frame Wall Mirror

follow us: G+ 🐦 f 𝓟

(https://...935252066570794/)

Case 5:17-cv-00351-EGS   Document 1   Filed 01/25/17   Page 44 of 67

Wedding Dresses (/category:wedding-dresses/)     Wedding Planning (/category:wedding-planning/)

Flowers and Décor (/category:flowers-and-decor/)     Hair and Makeup (/category:hair-and-makeup/)

Music and Songs (/category:music-and-songs/)     Wedding Etiquettes (/category:wedding-etiquettes/)

Marriage FAQs (/category:marriage-faqs/)     Celebrity Weddings (/category:celebrity-weddings/)

Fashion Trends (/category:fashion-trends/)     About US (/category:EverAfterGuide/)

All texts are contributed by our excellent writers. Powered by everafterguide.com.



Studio 500, Inc.

 Heidi    Home  20+                    2





## Studio 500, Inc.
@battatuastudio500

Like    Follow    Share    More                    Send Message

| Home |
| Posts |
| Photos |
| Reviews |
| About |
| Likes |

Create a Page

**Posts**                                    See All



**Studio 500, Inc.** shared Suzanne Venuti Harris's post.
December 22, 2016 at 11:37pm ·

**Suzanne Venuti Harris**
December 22, 2016 at 11:37pm ·

Studio 500 8 x 10 format picture frames for sale! 12-Pack Value Pack.

Free shipping on purchase of $25.00 | Studio 500, 8 by 10-inch, Format Frame, Black, 12-Pack

Battuta Inc is the manufacturer of Studio 500 and it is the company to go to...when it comes to format frames these are easy to use. Putting your...
AMAZON.COM

Like        Comment        Share

**Studio 500, Inc.** shared Suzanne Venuti Harris's post.
December 22, 2016 at 12:17pm ·

**Suzanne Venuti Harris**
December 22, 2016 at 12:17pm ·

We are selling this as a last-minute gift idea. This is an image painted and printed. It is 16 x 20" of Barack Hussein Obama our first African American president!



Home Decor
5.0

Search for posts on this Page

Invite friends to like this Page

Studio500, Inc., established in 1997 provides gorgeous frames! Plus mat-boards, bevel-cut mats which are all made in the USA.

👍 70 people like this and 67 people follow this

**About**                                    See All

⊙ Typically replies within a day
Message Now
🌐 www.studio500inc.com/
ℹ Impressum

**PEOPLE ALSO LIKE**

**Israeli Lives Matter**              Like
Community

**Selected Individuals**             Like
Non-Profit Organization

**CelaDesign, Inc.**                 Like
Home Decor

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

Chat (20)

Studio 500, Inc.

 Heidi    Home 20+          2



### 16 x 20 painted photo the 1st African-American POTUS In a Format Frame

One 16 x 20 Painted Photo of the 1st African-American President of United States us, Barack Hussein Obama, in a picture format frame 16 by...

NEWJERSEY.CRAIGSLIST.ORG

Like        Comment        Share

Photos                                          See All



Reviews                                         See All

5.0            1 Review

    Tell people what you think

Posts

 Studio 500, Inc.
November 21, 2016 ·

Makes a Perfect Gift for the Holidays
#Amazon

Chat (20)

1/6/2017

Case 5:17-cv-00351-EGS   Document 1   Filed 01/25/17   Page 47 of 67
(2) Studio 500, Inc.

Studio 500, Inc.                                                      Heidi   Home 20+                    2



Free shipping on purchase of $49.00 | Studio 500, 5 by
7-inch, Format Frame, Black, 12-Pack

Battuta Inc is the manufacturer of Studio 500 it is the company to go to...when it
comes to format frames these are easy to use. Putting your picture together is as...

AMAZON.COM

| Like | Comment | Share |

See More

Chat (20)

1/6/2017

← Studio 500



# Studio 500

North Jersey's Number 1 Online Store for All Types of Picture Frames
http://www.Studio500inc.com

4 followers

FOLLOW

Studio's interests

Studio 500 - Google+



Frames & Mats
Studio 500

"FRAME IT"
Studio 500

ABOUT    •••

← Studio 500

Studio's posts

Studio 500 ▸ "FRAME IT"          🗐 3w

Originally shared by Nạης - 29 comments



Studio 500 ▸ "FRAME IT"

https://www.amazon.com/dp/B01LYWWKCT

Amazon.com - Studio 500, 8.5 b)
Format Frame, Black, 6-Pack -
+Amazon.com

+1   1

https://plus.google.com/u/0/114569454432839969255



1/6/2017

Studio 500 - Google+

https://plus.google.com/u/0/114569454432839969255

https://www.amazon.com/gp/product/B01F02U2/0

Studio 500 › Public          10w

Originally shared by Sanjana Marula - 4 comments

so adorable!!!!



Amazon.com - STUDIO 500, INC.
Inch Collage Frame, with 11 Imag

+Amazon.com

+1

ABOUT   ...



← Studio 500

+1

56

ABOUT

•••

Studio 500 ▸ Frames & Mats                    ◱ 26w

https://www.amazon.com/gp/product/B01FDZOZ7U



Amazon.com - STUDIO 500, INC. 20 by 20-
Inch Collage Frame, with 11 Image...

+Amazon.com

← Studio 500

Studio 500 ▸ Frames & Mats                    ◱ 30w

http://www.amazon.com/gp/offer-listing/B01FTTDJ1S/?
seller=A3MFXH7D80LO3F



Amazon.com: Buying Choices: STUDIO
500, 11 by 14-inch Format Certificate...

+Amazon.com

+1                              🗑        ⌄

1/6/2017

Studio 500 - Google+

← Studio 500

ABOUT   ...

Marketplace Pulse

ARTICLES     ABOUT US     AMAZON ˅

EBAY ˅     WALMART     ETSY

Read our latest article Sellers Worldwide Using the FBA Service Grew More Than 70 Percent

# STUDIO 500, INC. 

20 reviews | 4.4 out of 5

Previously known as Battuta, and have since changed the seller name.

They have 38 products in stock fuflilled from their own warehouse. Average product price is $20.00 - $30.00 from Studio 500 brand.

STUDIO 500, INC. received 7 feedback ratings last month, putting them in the 98,407th position overall. Compared to feedback received in a year they are doing better now.

Most products are in Home, Garden & Tools and Electronics & Computers categories.

Sellers like Johnston and Johnston Books (Shipping Worldwide), Ovida Electronics, Hat Leash and Global Animal Sign are relevant.

✉ CONTACT STU...

In some cases we can help finding beautifulwork business name, phone number, address and email. Please contact us.

 BROWSE PROD...

 SELLER PAGE ...

# UberStrainer Modules IT WORKS

Sterile Modular Strainer System for Sample Preparation and Processing 1-500um
Go to uberstrainer.com





Marketplace Pulse    ARTICLES    ABOUT US    AMAZON ˅

PRODUCTS STUDIO 500, INC.



STUDIO 500, 11 BY 14-INCH, FORMAT FRAME, BLACK, 1-PACK



STUDIO 500, 11 BY 14-INCH, FORMAT FRAME, BLACK, 2-PACK



STUDIO 500, 8 BY 10-INCH, FORMAT FRAME, BLACK, 2-PACK



STUDIO 500 COLLAGE FRAME WITH 11 IMAGE OPENINGS, 20" L X 20" W, SILVER



STUDIO 500, 8 BY 10-INCH, FORMAT FRAME, BLACK, 6-PACK



STUDIO 500, 8.5 BY 11-INCH, FORMAT FRAME, BLACK, 12-PACK



11 BY 14-INCH BLACK FORMAT FRAME WITH WHITE, MATTED FRENCH VINTAGE WITH "CE SOIR DANS LE TRAIN" ...



STUDIO 500, 8 BY 10-INCH ACID-FREE IVORY 50-PACK BACKING BOARD



ARTICLES   ABOUT US   AMAZON ▾

EBAY ▾   WALMART   ETSY









11 BY 14-INCH BLACK FORMAT FRAME WITH WHITE MATTED ALREADY IN THIS METALLIC VINTAGE FRENCH ...

STUDIO 500, 5 BY 7-INCH, GLAM COLLECTION, GLAM CAM (DF) NATURAL (09522-2), 6-PACK

STUDIO 500,, ACID-FREE PACK OF 50 8 BY 10-INCH BLACK PICTURE MAT MATTES WITH WHITE CORE BEVEL ...

STUDIO 500, 27 BY 41-INCH, MOULDING 1-3/16"W X 3/4"H X 1"D, MODERN PICTURE FRAME COLLECTION, ...

BROWSE ALL PRODUCTS ⇨

## RECENT REVIEWS

This product is a piece of junk. Extremely flimsy and glass fell out as I pulled it out of box? The frame is too flimsy to hold glass secure. Also, there is nothing on the product that states where this product was made (Made in China or US.....)

— On December 28, 2016

Quick delivery. Nice product. Would order again.

— On December 27, 2016

The frames were as described but two of them came with broken glass. Unfortunately, by the time I got the package, I couldn't return it because I need it to frame 4 of the pictures for

# Marketplace Pulse ⅴ

**ARTICLES     ABOUT US     AMAZON** ˅

**EBAY** ˅     **WALMART     ETSY**

— On December 27, 2016

> For the price you can't go wrong.
>
> — On December 26, 2016

> I received my product.
>
> — On December 24, 2016

© Marketplace Pulse 2017. Drop us an ✉
email if you have any questions.

 



*Picture Frame Unlimited*
QUALITY FRAMES AT DISCOUNT PRICES

Search Our Inventory 🔍

ABOUT · CONTACT · MY ACCOUNT · MY CART

| HOME | ARTICLES | BLOG | **MARKET** | VIDEOS |

SHOP ▸ PICTURE FRAMES ▸ WALL & TABLE TOP FRAMES ▸ SHOP BY SIZE ▸ 8.5X11 ▸ **PAGE 79**

## Product Details

Return to List | Previous Item | Next Item



### Studio 500, 8.5 by 11-inch, Format Frame, Black, 12-Pack

| | |
|---|---|
| LIST PRICE: | ~~$34.34~~ |
| OUR PRICE: | **$34.00** |
| TOTAL SAVINGS: | **1% OFF** |
| AVAILABILITY: | **In Stock** |
| | Usually ships in 1-2 business days |

QUANTITY: 1 ▼

**ADD TO CART**

**amazon** Certain content that may appear on this site may come from amazon.
This content is provided 'as is' and may be subject to change or removal at any time.

## Product Description

Battuta Inc is the manufacturer of Studio 500 it is the company to go to...when it comes to format frames these are easy to use. Putting your picture together is as easy as 1, 2, 3. Follow instructions; Front load your pictures: 1. Pop out the smooth trimmed glass 2. Insert your picture 3. Pop the glass back in the frame. 4. Addd your Adapter included in the back if you want it for a table top or shelf. 5. If you want to hang your image vertically or horizontally; please use the back mouldings built-in for hanging. Be sure to check out our spring/summer frames coming to Amazon. Have any questions? Contact us at battutainc@gmail.com and we will be happy to assist you in anyway.

## Features & Highlights

1/6/2017          Studio 500, 8.5 by 11-inch, Format Frame, Black, 12-Pack | Picture Frame Unlimited

 8.5" by 11-inch Chic Format Frame. Very thin frame profile easy to hang or put on your shelf or table top!

 This chic frame has an adapter on the back to make this format frame into a standing frame at any time. To hang your image it this format frame has a buil-in moulding to hang your frame.

 It's Your Choice...to hang (with built-in backend moulding) or display your Picture Frames Vertically or Horizontally on a tabletop or shelf with the adapter that arrives with this item.

 Perfect Gift for any Occassion; Perfect home decor for the Soccer Mom, Football Mom, Baseball Mom, the latest trending Watchdog Mom, etc.

 Studio 500, Inc., 8.5 by 11-inch, Format Frame, Black, 12-Pack

## Specifications

| Manufacturer: | Battuta, Inc. |
|---|---|
| Brand: | Studio 500 |
| Color: | Black |
| Model: | B500FF8.5X11BLK12 |
| UPC: | 700118856802 |

## Size & Weight

| Item Weight: | 6 pounds |
|---|---|
| Item Size: | 0.5 x 8 x 8 inches |
| Package Weight: | 12 pounds |
| Package Size: | 11.5 x 9.5 x 9.5 inches |
| Units in Package: | 12 |

## Additional *"8.5x11"* Products

ALL 8.5X11

 ArtToFrames 8.5x11 inch Berry Rustic Barnwood Wood Picture Frame, WOM0066-77900-YPNK-8.5x11

4.5 of 5.0 with 25 Reviews

Sale Price: **$13.17  50% off**

 DAX® Solid Wood Document Frame Set FRAME,DCMNT,8.5X11,BK2/ST (Pack of4)

Sale Price: **$30.08  72% off**

ArtToFrames MDF Picture Frame WOMCF-105-048C-8.5x14 11x18 inch Black Satin

Sale Price: **$18.22  50% off**

 Craig Frames 74012 8.5 by 11-Inch Picture Frame, Smooth Wrap Finish, 2-Inch Wide, Off-White Rustic Pine

Sale Price: **$14.99  35% off**

 Craig Frames 88066 8.5 by 11-Inch Picture Frame, Smooth Wrap Finish, 2-Inch Wide, Antique Gold

3.8 of 5.0 with 22 Reviews

Sale Price: **$14.99  35% off**

 Classic Eden Green Picture Frame-Solid Wood, 8.5x11

4.3 of 5.0 with 3 Reviews

Sale Price: **$13.99  47% off**

Craig Frames 50036 8.5 by 11-Inch Picture Frame, Smooth Wrap Finish, 2.375-Inch Wide, Walnut Brown

4.3 of 5.0 with 19 Reviews

Sale Price: **$17.99  34% off**

 Distressed Ponderosa Paprika Picture Frame-Solid Wood, 8.5x11

Sale Price: **$17.99  44% off**

 Value U-Channel Document Frame w/Certificates, 8-1/2 x 11, Black, Sold as 1 Each

5.0 of 5.0 with 2 Reviews

Sale Price: **$8.00  2% off**

## Similar Categories to *"8.5x11"*

| 10x13 | 11x14 | 11x17 |
|---|---|---|
| 12x16 | 12x18 | 16x20 |
| 3.5x5 | 3x3 | 3x5 |
| 4x10 | 4x5 | 4x6 |
| 4x7 | 5x5 | 5x7 |

| 6x8 | 8x10 | 8x12 |
|-----|------|------|
| 9x12 | | |

## Related Categories in *"Wall & Table Top Frames"*

| Shop By Brand | Shop By Material | Shop By Price |
|---------------|------------------|---------------|
| Shop By Savings | Shop By Size | |

## Browse Our Catalog

| Digital Picture Frames | Photo Albums & Accessories | Picture Frames |
|------------------------|----------------------------|----------------|

Copyright © 2016 - Picture Frame Unlimited. All Rights Reserved.

Privacy Policy  ·  Terms of Use

Certain content that may appear on this site may come from amazon.
This content is provided 'as is' and may be subject to change or removal at any time.

   

Search                                                                                                    60

Enable desktop notifications to stay up to date

Like        Send        Tried It!                                                          Save



Saved from                                                                        Visit
amazon.com

Comments

 **Studio 500, Inc.** saved to **Frames for sale**
Studio 500, 11 by 17-inch, Format Frame, Black, 6-Pack St...
www.amazon.com/...

+2 boards

**Related Pins**



Search

60

11 by 14-inch Black Format
Frame in White, Matted
French...
**amazon.com**

Cub Girly Girl
**STUDIO 500**

1

Studio 500, 6-Pack 8 by
10-inch from our Glam
Collection,...
**amazon.com**


Ge Wang
Art

2

Amazon.com

Ge Wang
Art

1

Here we feature our Best
Selling, Top 20
Promotional...
**TotallyPromotional.com**

Promoted by
**Totally Promotional**

847    2





Home    Moments      Search Twitter      Have an account? Log in ▾

**Have an account?**

Phone, email or username

Password

☑ Remember me · Forgot password?

Log in

**New to Twitter?**

Sign up

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|---|---|---|---|
| 53 | 73 | 22 | 11 |

👤 Follow

**STUDIO500INC**
@Studio500inc

#Studio500Inc we are the
manufacturers, distributors, retailers that
sell #pictureframes, #picturematts,
#frenchvintageartwork
Amazon.com/shops/studio50…

📍 New Jersey, USA
🔗 studio500inc.com
📅 Joined April 2016

📷 19 Photos and videos

  

Tweets    Tweets & replies    Media

**STUDIO500INC** @Studio500inc · 28 Dec 2016
newjersey.craigslist.org/clt/5929552419…
One 16x20 Collage Photo, of Barack
Hussein Obama POTUS, Matted in a
Black Format Frame



↩    ♺      •••



**STUDIO500INC** @Studio500inc · 23 Dec 2016
(Ramsey) @NJTweetz (2/2)



Home    Moments                    Search Twitter        Have an account? Log in ▾

Have an account?

Phone, email or username

Password

☑ Remember me · Forgot password?

Log in

New to Twitter?

Sign up

**STUDIO500INC** @Studio500inc · 23 De
newjersey.craigslist.org/pho/5929
of Barack Hussein Obama POTU

**STUDIO500INC** @Studio500inc · 22 Dec 2016
"People are smarter than you think. Give them a chance to prove themselves." —@tferriss via @momentumdash

**STUDIO500INC** @Studio500inc · 22 Dec 2016
16 x 20 painted photo the 1st African-American POTUS In a Format Frame - $50 (Paterson)
newjersey.craigslist.org/clt/5929552419…



**STUDIO500INC** @Studio500inc · 14 Dec 2016

https://www.amazon.com/dp/B01LYWWKCT
https://www.amazon.com/dp/B01LYWWKCT - Studio 500 - Google+
plus.google.com

🔁 STUDIO500INC Retweeted



Home    Moments    Search Twitter    Have an account? Log in ▾



Have an account?

Phone, email or username

Password

☑ Remember me · Forgot password?

Log in

New to Twitter?

Sign up

**STUDIO500INC** @Studio500inc · 21 Nov 2016
Studio 500, 8 by 10-inch, Format Frame, Black, 6-Pack Studio 500
amazon.com/dp/B01F481YSO/... via @amazon

**Studio 500, 8 by 10-inch, Photo Frame, Black, 6-Pack**
Battuta Inc is the manufacturer of Studio 500 it is the company to go to
when it comes to format frames these are easy to use. Putting your picture
amazon.com

**STUDIO500INC** @Studio500inc · 21 Nov 2016
Studio 500, 5 by 7-inch, Format Frame,
Black, 12-Pack Studio 500
amazon.com/dp/B01MFBEYLR/ ... via
@amazon

